# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| MICHAEL GALLAGHER AND SHARON GALLAGHER H/W, | : | No. 479 EAL 2018 |
| | : | |
| Petitioners | : | Petition for Allowance of Appeal from the Order of the Superior Court |
| | : | |
| v. | : | |
| | : | |
| CARIN A. O'DONNELL, ESQUIRE AND STARK & STARK, P.C., | : | |
| | : | |
| Respondents | : | |

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 13th day of March, 2019, the Petition for Allowance of Appeal and Application for Permission to File a Supplement to their Petition for Allowance of Appeal are **DENIED**.